LOUISE ANSON, as Administratrix of the Estate of SHER-
MAN ANSON, Deceased, Appellant, *v.* THIRD AVENUE
RAILWAYS COMPANY, Respondent, Impleaded with
Another.

(Submitted October 10, 1934; decided October 26, 1934.)

*John M. Wilson* for appellant.

*Alfred T. Davison* and *Addison B. Scoville* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: POUND, Ch. J., O'BRIEN, HUBBS, CROUCH and LOUGHRAN, JJ. Not voting: LEHMAN, J. CRANE, J., concurs in result in the following memorandum: Although I adhere to my views as expressed in *Berkey* v. *Third Avenue Ry. Co.* (244 N. Y. 84), yet as this case has become the law, and the facts here are not dissimilar, I concur in the result.